UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JUAN MORGA,<br><br>Plaintiffs,<br><br>v.<br><br>THE EUCLID CHEMICAL COMPANY,<br><br>Defendants. | Case No. EDCV 16-2588 JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed concurrently filed herewith, the Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment by Defendant The Euclid Chemical Company is GRANTED. Plaintiff Juan Morga's Complaint against Defendant The Euclid Chemical Company is DISMISSED.

    Judgment is entered in favor of Defendant The Euclid Chemical Company.

Dated: August 14, 2017

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge